Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com

*Attorneys for Defendants City of Phoenix,
Michael Davidson, and Gregory Gibbs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Nubia Rodriguez, | NO. 2:23-cv-02232-SRB-MTM |
| Plaintiff, | **DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY** |
| v. | |
| City. of Phoenix, a political subdivision of the State of Arizona; Michael Sullivan, in his Official Capacity as the City of Phoenix Chief of Police; Michael Davidson and Jane Doe Davidson, husband and wife; Gregory Gibbs and Jane Doe Gibbs, husband and wife; Maricopa County, a political subdivision of the State of Arizona; Rachel Mitchell, in her Official Capacity as Maricopa County Attorney, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Defendants City of Phoenix, Michael Davidson, and Gregory Gibbs ("Defendants") have served the following discovery via electronic mail, to all counsel of record on July 22, 2025:

1.    Defendant City of Phoenix's *Second Supplemental* Response to Plaintiff's Second Set of Requests for Production

2.    Defendant City of Phoenix's *First Supplemental* Response to Plaintiff's Fourth Set of Non-Uniform Interrogatories

3.    Defendant City of Phoenix's *First Supplemental* Response to Plaintiff's Sixth Set of Requests for Production

1   4.  Defendant City of Phoenix's *Fourth Supplemental* Response to Plaintiff's

2    First Set of Requests for Production

3

4

  DATED this 22nd day of July 2025.

5

6          WIENEKE LAW GROUP, PLC

7       By: */s/ Christina Retts*

8         Kathleen L. Wieneke
         Christina Retts

9         1225 West Washington Street, Suite 313
         Tempe, Arizona 85288

10        *Attorneys for Defendants City of Phoenix,*

11        *Michael Davidson, and Gregory Gibbs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 22, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Larry J. Wulkan
> Benjamin L. Rundall
> ZWILLINGER WULKAN PLC
> 2020 North Central Avenue, Suite 675
> Phoenix, Arizona 85004
> *Attorneys for Plaintiff*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

> N/A

By:    */s/ Mica Mahler*

3