Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com

*Attorneys for Defendants City of Phoenix, Michael Davidson, and Gregory Gibbs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Nubia Rodriguez,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>City. of Phoenix, a political subdivision of the State of Arizona; Michael Sullivan, in his Official Capacity as the City of Phoenix Chief of Police; Michael Davidson and Jane Doe Davidson, husband and wife; Gregory Gibbs and Jane Doe Gibbs, husband and wife; Maricopa County, a political subdivision of the State of Arizona; Rachel Mitchell, in her Official Capacity as Maricopa County Attorney,<br><br>　　　　　Defendants. | NO. 2:23-cv-02232-SRB-MTM<br><br>**DEFENDANT GIBBS' NOTICE OF SERVICE OF DISCOVERY** |

　　　　NOTICE IS HEREBY GIVEN that Defendant Gregory Gibbs ("Defendant") has served the following discovery via electronic mail, to all counsel of record on August 5, 2025:

　　　　1.　　Defendant Gibbs' *Second Supplemental* Response to Plaintiff's First Set of Requests for Production

DATED this 5th day of August 2025.

                        WIENEKE LAW GROUP, PLC

          By:   */s/ Christina Retts*
                 Kathleen L. Wieneke
                 Christina Retts
                 1225 West Washington Street, Suite 313
                 Tempe, Arizona 85288
                 *Attorneys for Defendants City of Phoenix, Michael Davidson, and Gregory Gibbs*

# CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Larry J. Wulkan
> Benjamin L. Rundall
> ZWILLINGER WULKAN PLC
> 2020 North Central Avenue, Suite 675
> Phoenix, Arizona 85004
> *Attorneys for Plaintiff*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

> N/A

By:   */s/ Mica Mahler*