# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Nubia Rodriguez,<br><br>             Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>             Defendants. | No. CV 23-02232-PHX-DJH (MTM)<br><br>**ORDER** |

Upon review of Plaintiff Nubia Rodriguez's Motion for Leave to File Non-Electronic Exhibits to Statement of Facts in Support of Motion for Summary Judgment, and good cause appearing,

IT IS ORDERED that Plaintiff Nubia Rodriguez's Motion for Leave to File Non-Electronic Exhibits to Statement of Facts in Support of Motion for Summary Judgment (Doc. 122) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall file a flash drive containing Exhibits 6, 12, and 15 to her Statement of Facts in support of her Motion for Summary Judgment in non-electronic format with the Clerk of the Court.

Dated this 28th day of January, 2026.

_____
Honorable Michael T. Morrissey
United States Magistrate Judge